UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. BAKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 16-cv-05340-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, July 17, 2017 at 2:00 p.m. |
| REFERRED TO ADR TO BE COMPLETED BY: | April 14, 2017 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with Court Approval |
| NON-EXPERT DISCOVERY CUTOFF: | May 1, 2017 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | September 12, 2017 [filed by 8/1/17] |

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: January 6, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.